IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**STANLEY JAMES CARTER**  **PLAINTIFF**
**ADC #111939**

v.  CASE NO. 5:17-CV-00280 BSM

**MICHAEL H. RICHADSON, et al.**  **DEFENDANTS**

## ORDER

The partial recommended disposition [Doc. No. 21] submitted by United States Magistrate Judge Beth Deere has been received. No objections have been filed. After careful review of the record, the partial recommended disposition is adopted in its entirety. Accordingly, the defendants' motion to dismiss [Doc. No. 14] is denied.

IT IS SO ORDERED this 12th day of April 2018.

_____
UNITED STATES DISTRICT JUDGE