IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**STANLEY JAMES CARTER**                                              **PLAINTIFF**
**ADC #111939**

v.                 **CASE NO. 5:17-CV-00280 BSM**

**MICHAEL H. RICHARDSON, et al.**                           **DEFENDANTS**

## ORDER

The recommended disposition [Doc. No. 33] submitted by United States Magistrate Judge Beth Deere and plaintiff Stanley Carter's objections [Doc. No. 38] have been reviewed. After *de novo* review of the record, the proposed findings and recommendations are adopted in their entirety. Accordingly, Defendants' motion for summary judgment is granted, and this case is dismissed without prejudice.

IT IS SO ORDERED this 27th day of August 2018.

                                                      UNITED STATES DISTRICT JUDGE